**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court

District of Arizona
Case No. **4:13–bk–12104–BMW**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   ALBERT HERRERA
   1439 EAST 10TH PLACE
   CASA GRANDE, AZ 85138

Social Security / Individual Taxpayer ID No.:
   xxx–xx–1926

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                  BY THE COURT

Dated: 11/12/13                                 Brenda Moody Whinery
                                                  United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                  District of Arizona
In re:                                                          Case No. 13-12104-BMW
ALBERT HERRERA                                                  Chapter 7
         Debtor                     CERTIFICATE OF NOTICE

District/off: 0970-4      User: admin            Page 1 of 1            Date Rcvd: Nov 12, 2013
                          Form ID: b18           Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2013.
```
db          +ALBERT HERRERA,    1439 EAST 10TH PLACE,    CASA GRANDE, AZ 85122-3678
12395215    +LOAN MAX,    1336 EAST FLORENCE BLVD,    Casa Grande AZ 85122-5302
12395216    +Main Street Acquisition Corp.,    Bankruptcy Correspondence,    78 Okner Parkway,
              Livingston NJ 07039-1604
12395219    ++NATIONSTAR MORTGAGE,    PO BOX 630267,    IRVING TEXAS 75063-0116
              (address filed with court: Nationstar Mortgage,    P.O. Box 299008,   Lewisville TX 75067)
12395220    +ONLINE COLLECTIONS,    P.O. BOX 1489,    Winterville NC 28590-1489
12395221    +RANCHO EL DORADO HOMEOWNERS ASSOC.,    C/O WALDRON LAW GROUP PLLC,   450 NORTH DOBSON RD. STE 106,
              Mesa AZ 85201-5278
12506205     SAMANTHA HERRERA,    1108 E ALVARADO ST,    WEST COVINA CA 91790
12395222    +SUN LIFE FAMILY HEALTH CENTER,    P.O. BOX 10097,    Casa Grande AZ 85130-0020
12506214    +SUN LIFE FAMILY HELATH CENTER,    PO BOX 10097,    CASA GRANDE AZ 85130-0020
12395223    +VALLEY COLLECTION SERVICE,    7025 N. 58TH AVE,    Glendale AZ 85301-2424
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: BGEMILLS.COM Nov 13 2013 01:03:00     GAYLE ESKAY MILLS,    P.O. BOX 36317,
              TUCSON, AZ 85740-6317
smg          EDI: AZDEPREV.COM Nov 13 2013 01:03:00     AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
              1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
12395217    +EDI: MID8.COM Nov 13 2013 01:03:00     Midland Credit Management,    5775 Roscoe Court,
              San Diego CA 92123-1356
12395218    +EDI: MID8.COM Nov 13 2013 01:03:00     Midland Funding LLC,    8875 Aero Drive,
              San Diego CA 92123-2255
12395224    +EDI: AFNIVZCOMBINED.COM Nov 13 2013 01:03:00     Verizon Bankruptcy Department,    404 Brock Drive,
              Bloomington IL 61701-2654
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12506206*   +LOAN MAX,    1336 EAST FLORENCE BLVD,    CASA GRANDE AZ 85122-5302
12506207*   +MAIN STREET ACQUISITION CORP,    BANKRUPTCY CORRESPONDENCE,    78 OKNER PARKWAY,
              LIVINGSTON NJ 07039-1604
12506208*   +MIDLAND CREDIT MANAGEMENT,    5775 ROSCOE COURT,    SAN DIEGO CA 92123-1356
12506209*   +MIDLAND FUNDING LLC,    8875 AERO DRIVE,    SAN DIEGO CA 92123-2255
12506210*  ++NATIONSTAR MORTGAGE,    PO BOX 630267,    IRVING TEXAS 75063-0116
              (address filed with court: NATIONSTAR MORTGAGE,    PO BOX 299008,   LEWISVILLE TX 75067)
12506211*   +ONLINE COLLECTIONS,    PO BOX 1489,    WINTERVILLE NC 28590-1489
12506212*   +RANCHO EL DORADO HOMEOWNERS ASSOC,    C/O WALDRON LAW GROUP PLLC,   450 NORTH DOBSON RD STE 106,
              MESA AZ 85201-5278
12506213*    SAMANTHA HERRERA,    1108 E ALVARADO ST,    WEST COVINA CA 91790
12506215*   +VALLEY COLLECTION SERVICE,    7025 N 58TH AVE,    GLENDALE AZ 85301-2424
12506216*   +VERIZON BANKRUPTCY DEPARTMENT,    404 BROCK DRIVE,    BLOOMINGTON IL 61701-2654
                                                                                TOTALS: 0, * 10, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2013                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2013 at the address(es) listed below:
              GAYLE ESKAY MILLS    gaylemills@earthlink.net, AZ28@ecfcbis.com
              MITCHELL (AZCLDP 81265) VARBEL    varbel.m@gmail.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 3
```